**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ali Bakr,

                                                                Civil No. 06-3617 (RHK/JSM)

                 Plaintiff,

                                                                **ORDER**

v.

Pioneer Metal Finishing Corporation, a
Wisconsin corporation,

                 Defendant.

---

      Based upon the Stipulation to Dismiss Count II of Plaintiff's Complaint executed by both parties and filed via ECF as Docket No. 12, the Court hereby **ORDERS** as follows:

      Count II of Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE** and all other claims against Defendant will remain as pled in Plaintiff's Complaint.

Dated: December 28, 2006

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge