# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ali Bakr, | Civil No. 06-3617 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Pioneer Metal Finishing, | |
| Defendant. | |

**IT IS HEREBY ORDERED**, that pursuant to the Stipulation for Dismissal filed via ECF as Docket No. 18, judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:   July 3, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge